## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

### No. 15-4286
(7:14-cr-00041-FL-1)

_____

**UNITED STATES OF AMERICA**

**Plaintiff – Appellee**

**v.**

**CLAYTON VAUGHN LESLIE, a/k/a Jamaica, a/k/a Tyrone Gordon**

**Defendant - Appellant**

## APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE DOCKETING STATEMENT

NOW COMES, James M. Ayers, II, counsel for Clayton Vaughn Leslie, and hereby moves this Honorable Court for a fourteen (14) day extension of time to file the Docketing Statement in this case.  The current deadline to file the Docketing Statement is June 5, 2015.  In support of this motion, counsel shows unto the Court that the Appellant has informed counsel that the Notice of Appeal was filed by mistake and counsel needs additional time for Appellant to sign a verification for counsel with regard to his position.  Counsel for the Appellant has contacted the government and the government has no objection to this motion.

WHEREFORE, for the foregoing reasons, the Appellant respectfully requests that this Motion be granted, and that the time for filing the Docketing Statement be extended through June 19, 2015.

Respectfully submitted, this the 2nd day of June, 2015.

Ayers & Haidt, P.A.


*/s/James M. Ayers II*
James M. Ayers II
Attorney for Appellant
307 Metcalf Street
Post Office Box 1544
New Bern, NC 28563-1544
Telephone: (252) 638-2955
Facsimile: (252) 638-3293
State Bar No.: 18085
jimayers2@embarqmail.com
Criminal Appointed

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date personally served the parties to this action, or counsel if represented, with a copy of the foregoing document, by one or more of the following methods, as indicated below:

    _____          First-Class Mail, care of U.S. Postal Service, postage prepaid in an appropriate envelope and address as noted below

    _____          Hand Delivery to the person(s) named below

    X \_\_\_\_\_          Other service as provided by law: CM/ECF Notice

This the 2nd day of June, 2015.

Ayers & Haidt, P.A.

*/s/James M. Ayers II*
James M. Ayers II
307 Metcalf Street
P.O. Box 1544
New Bern, NC  28563
Telephone(252) 638-2955
Facsimile (252) 638-3293
State Bar No.: 18085
jimayers2@embarqmail.com
Criminal Appointed

To:   Jennifer P. May-Parker, Appellant Chief
     United States Attorney's Office
     310 New Bern Avenue, Suite 800
     Raleigh, NC 27601

     Jennifer E. Wells, Assistant U. S. Attorney
     United States Attorney's Office
     310 New Bern Avenue, Suite 800
     Raleigh, NC 27601

     Clayton Vaughn Leslie Reg. #17748-056
     Piedmont Regional Jail
     Post Office Box 388
     Farmville, VA 23901
     *(Via U.S. Mail)*